Alison M. Crane, No. 197359
Matthew R. Halloran, No. 236461
**BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone:  (415) 981-5411
Facsimile:   (415) 981-0352

Attorneys for Defendant AMANDA M. HAMILTON, Trustee of the AMANDA M. HAMILTON REVOCABLE TRUST dated 1991

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TAQUERIA EL BUEN SABOR; AMANDA M. HAMILTON, Trustee of the AMANDA M. HAMILTON REVOCABLE TRUST dated 1991,<br><br>　　　　Defendants. | Case No. CV 11 2237 EDL<br><br>**STIPULATION FOR CONTINUING DEADLINE FOR PARTIES TO CONDUCT JOINT SITE INSPECTION; [PROPOSED] ORDER**<br><br>**Complaint filed:  May 6, 2011** |

　　　Plaintiff CRAIG YATES and Defendant AMANDA M. HAMILTON, Trustee of the AMANDA M. HAMILTON REVOCABLE TRUST dated 1991, respectfully request and stipulate, as follows:

　　　1.　That the deadline for conducting a joint site inspection in this matter, currently set for August 15, 2011 pursuant to the Court's General Order 56, ¶¶ 3, 4, be continued to September 15, 2011.

　　　2.　Good cause exists to continue the joint site inspection as defense counsel was notified on August 1, 2011 by defendant's retained expert, Kim Blackseth, Esq., that he would be unable to attend the inspection on or before August 15, 2011.

STIPULATION FOR CONTINUING DEADLIEN FOR PARTIES TO CONDUCT JOIN SITE INSPECTION; [PROPOSED] ORDER

3. In light of the above, the parties agree, stipulate, and request that they be granted up to and including September 15, 2011 to conduct the joint site inspection of the premises, pursuant to General Order 56.

Respectfully submitted,

DATED: August 9, 2011

BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP

By: _____
Alison M. Crane
Matthew R. Halloran
Attorneys for Defendants
AMANDA M. HAMILTON, Trustee of the AMANDA M. HAMILTON REVOCABLE TRUST.

DATED: August 9, 2011

THOMAS E. FRANKOVICH, ESQ.
*A PROFESSIONAL LAW CORPORATION*

By: _____
Thomas E. Frankovich
Attorney for Plaintiff
CRAIG YATES

## ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the General Order 56 joint site inspection of the premises is up to and including September 15, 2011.

DATED: August 11, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

-2-

STIPULATION FOR CONTINUING DEADLIEN FOR PARTIES TO CONDUCT JOIN SITE INSPECTION; [PROPOSED] ORDER